UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-295-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| STEVEN C. DAVIDSON | |

On motion of the Defendant, Steven C. Davidson, and for good cause shown, it is hereby ORDERED that the **[DE 29]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 3rd day of August, 2016.

_____
LOUISE WOOD FLANAGAN
United States District Judge